IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| V. | ) | CR. No: 2:07cr234-TFM |
| | ) | |
| **JOIA E. FRANKS** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **JOIA E. FRANKS,** in the above-styled case.

Dated this 19th day of November, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| V. ) | CR. No: 2:07cr234-TFM |
| ) | |
| **JOIA E. FRANKS** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                    Respectfully submitted,

                                                    s/ Kevin L. Butler
                                                    KEVIN L. BUTLER
                                                    First Assistant Federal Defender
                                                    201 Monroe Street, Suite 407
                                                    Montgomery, Alabama 36104
                                                    Phone: (334) 834-2099
                                                    Fax: (334) 834-0353
                                                    E-mail: kevin_butler@fd.org
                                                    AZ Bar Code: 014138