IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-234-TFM |
| | ) | |
| JOIA E. FRANKS | ) | |

## MOTION TO WITHDRAW AND SUBSTITUTE

**COMES NOW L. Amber Brugnoli** and enters the withdrawal of Reese H. Hays as government counsel in the above-captioned case. Mr. Hays has a conflicting court appearance scheduled for the January 14, 2008, trial date. I, L. Amber Brugnoli, will be the designated government representative on which service may be made.

Dated this 6th day of December, 2007.

Respectfully submitted,

**/s/ L. Amber Brugnoli**
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  (334) 953-2786
Fax:  (334) 953-2787
E-Mail:  Lindsey.Brugnoli@Maxwell.af.mil

CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

**/s/ L. Amber Brugnoli**
L. AMBER BRUGNOLI
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
Telephone: (334) 953-2786
Fax:  (334) 953-2787
E-Mail:  Lindsey.Brugnoli@Maxwell.af.mil

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CR. NO. 2:07-cr-234-TFM** |
| | ) | |
| **JOIA E. FRANKS** | ) | |

## ORDER

Upon consideration of Government's Motion to Withdraw and Substitute filed on December 6, 2007, it is ORDERED that the motion is GRANTED.

DONE, this ____ day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE