### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07-cr-234-TFM |
| ) | |
| JOIA E. FRANKS ) | |

### ORDER

Upon consideration of Government's Motion to Withdraw and Substitute filed on December 6, 2007 (Doc. 12), it is ORDERED that the motion is GRANTED.

DONE, this 10th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE