**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO. 2:07-cr-234-TFM** |
| ) | |
| **JOIA E. FRANKS** ) | |

**MOTION TO WITHDRAW AND SUBSTITUTE**

**COMES NOW REESE H. HAYS III** and enters the withdrawal of L. Amber Brugnoli as government counsel in the above-captioned case. Ms. Brugnoli is currently deployed in support of Operation Iraqi Freedom. I, REESE H. HAYS III, will be the designated government representative on which service may be made.

Dated this 22nd day of January, 2008.

Respectfully submitted,

**/s/ REESE H. HAYS III**
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  (334) 953-2786
Fax:  (334) 953-2787
E-Mail:  Lindsey.Brugnoli@Maxwell.af.mil

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

**/s/ REESE H. HAYS III**
REESE H. HAYS III
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, Alabama  36112-6334
Telephone: (334) 953-2786
Fax:  (334) 953-2787
E-Mail:  Lindsey.Brugnoli@Maxwell.af.mil

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-234-TFM |
| | ) | |
| JOIA E. FRANKS | ) | |

## ORDER

Upon consideration of Government's Motion to Withdraw and Substitute filed on January 22, 2008, it is ORDERED that the motion is GRANTED.

DONE, this _____ day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE