IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-234-TFM |
| | ) | |
| JOIA E. FRANKS | ) | |

**ORDER**

Upon consideration of Government's Motion to Withdraw and Substitute filed on January 22, 2008, it is ORDERED that the motion is GRANTED.

DONE, this 23rd day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE